1   MacCONAGHY & BARNIER, PLC
    JOHN H. MacCONAGHY, State Bar No. 83684
2   JEAN BARNIER, State Bar No.231683
    645 First Street West, Suite D
3   Sonoma, CA 95476
    T (707) 935-3205
4   Email:    macclaw@macbarlaw.com

5
    Attorneys for Plaintiff,
6   JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  In re                              )    Case No.: 13-cv-04320 JST
                                       )
11  ARTLOAN FINANCIAL SERVICES, INC.,  )
                                       )
12                                     )
          Debtors.                     )    **STIPULATION FOR ENTRY OF**
13                                     )    **JUDGMENT AS TO DEFENDANTS**
                                       )    **RAY PARKER  GAYLORD AND**
14  JANINA M. HOSKINS, Trustee in      )    **ANTHONY BARREIRO**
    Bankruptcy of the Estate of ARTLOAN )
15  FINANCIAL SERVICES, INC.           )
                                       )
16          Plaintiff,                 )
                                       )
17  v.                                 )
                                       )
18  RAY PARKER GAYLORD, aka ERNEST     )
    RAY PARKER; ANTHONY BARREIRO;      )
19  WIEGEL LAW GROUP, A                )
    PROFESSIONAL CORPORATION;          )
20  WIEGEL & FRIED, LLP; ANDREW J      )
    WIEGEL and CLIFFORD FRIED;         )
21                                     )
          Defendant(s).
22

23          Janina M. Hoskins, Trustee in Bankruptcy of the Estate of Artloan Financial Services,

24  Inc.  ("Plaintiff"), and Ray Parker Gaylord and Anthony Barreiro  (collectively "Defendants"),

25  hereby stipulate and agree that Plaintiff shall have Judgement against Defendants and each of

26  them in the total amount of $350,000.00, with each side to bear its own costs.

27

28  8034.stip.judgment.gaylord.2.wpd

1   Dated: September 1, 2013                     /s/ Janina M. Hoskins
                                                Janina M. Hoskins, Chapter 7 Trustee in
2                                               Bankruptcy for the Estate of ArtLoan Financial
                                                Services, Inc. .
3

4
    Dated: September 1, 2013                     /s/ Ray Parker Gaylord
5                                               Ray Parker Gaylord

6

7   Dated: September 1, 2013                     /s/ Anthony G. Barreiro
                                                Anthony G. Barreiro.
8

9
    APPROVED AS TO FORM:
10

11  Date: September 1, 2013                     MacCONAGHY & BARNIER, PLC

12
                                                By:   /s/ John H. MacConaghy
13                                              John H. MacConaghy
                                                Attorney for Plaintiff,
14                                              Janina M. Hoskins Trustee in Bankruptcy

15  Date: September 1, 2013

16

17                                              /s/ Bretton C. Gerard
                                                Bretton C. Gerard
18                                              Attorney for Defendants
                                                Ray Parker Gaylord and Anthony Barreiro
19

20

21

22

23

24

25

26

27

28  8034.stip.judgment.gaylord.2.wpd