```
 1  MacCONAGHY & BARNIER, PLC
    JOHN H. MacCONAGHY, State Bar No. 83684
 2  JEAN BARNIER, State Bar No.231683
    645 First Street West, Suite D
 3  Sonoma, CA 95476
    T (707) 935-3205
 4  Email:    macclaw@macbarlaw.com

 5
    Attorneys for Plaintiff,
 6  JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY
```

**FILED**

JAN 0 3 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ARTLOAN FINANCIAL SERVICES, INC.,<br><br>Debtors.<br><br>___<br><br>JANINA M. HOSKINS, Trustee in Bankruptcy of the Estate of ARTLOAN FINANCIAL SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>RAY PARKER GAYLORD, aka ERNEST RAY PARKER; ANTHONY BARREIRO; WIEGEL LAW GROUP, A PROFESSIONAL CORPORATION; WIEGEL & FRIED, LLP; ANDREW J WIEGEL and CLIFFORD FRIED;<br><br>Defendant(s). | Case No.: 13-cv-04320 JST<br><br><br>**JUDGMENT AS TO DEFEDANTS RAY PARKER GAYLORD AND ANTHONY BARREIRO** |

Janina M. Hoskins, Trustee in Bankruptcy of the Estate of Artloan Financial Services, Inc. ("Plaintiff"), and Ray Parker Gaylord and Anthony Barreiro (collectively "Defendants"), having so stipulated as set forth in ECF No. 9, and it appearing from Plaintiff's ex parte application filed as ECF No. 10 that prior to the entry of this Court's "Order Granting Motion to Withdraw Reference to the Bankruptcy Court and Transfer Proceedings to District Court" the

8034.judgment.gaylord.2.wpd

1  Bankruptcy Court granted Plaintiff's application to enter a separate judgment pursuant to
2  F.R.Civ.P. 54(b), and good cause appearing:
3      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have
4  Judgment against Defendants and each of them in the total amount of $350,000.00, with each
5  side to bear its own costs.

7  Dated: Jan. 3, 2014

                                                  Jon S. Tigar
                                                  United States District Judge

10  APPROVED AS TO FORM

12  /s/ Bretton Gerard

13  Bretton Gerard
    Attorney for Defendants Ray
14  Parker Gaylord and Anthony Barreiro

28  8034.judgment.gaylord.2.wpd