```
 1  MacCONAGHY & BARNIER, PLC
    JOHN H. MacCONAGHY, State Bar No. 83684
 2  JEAN BARNIER, State Bar No. 231683
    645 First Street West, Suite D
 3  Sonoma, CA 95476
    Telephone: (707) 935-3205
 4  Email:    macclaw@macbarlaw.com

 5
    Attorneys for Plaintiff,
 6  JANINA M. HOSKINS, TRUSTEE IN BANKRUPTCY

 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA

10  In re                              )  Case No.: 13-cv-04320 JST
                                       )
11  ARTLOAN FINANCIAL SERVICES, INC.,  )
                                       )
12                                     )  STIPULATED ORDER FOR
              Debtors.                 )  DISMISSAL WITH PREJUDICE AS
13                                     )  TO CERTAIN DEFENDANTS
                                       )
14  JANINA M. HOSKINS, Trustee in      )
    Bankruptcy of the Estate of ARTLOAN)
15  FINANCIAL SERVICES, INC.           )
                                       )
16            Plaintiff,               )
                                       )
17  v.                                 )
                                       )
18  RAY PARKER GAYLORD, aka ERNEST     )
    RAY PARKER; ANTHONY BARREIRO;      )
19  WIEGEL LAW GROUP, A                )
    PROFESSIONAL CORPORATION;          )
20  WIEGEL & FRIED, LLP; ANDREW J      )
    WIEGEL and CLIFFORD FRIED;         )
21                                     )
              Defendant(s).
22
```

**FILED**
JAN 2 1 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff Janina M. Hoskins, Trustee in Bankruptcy of the Estate of Artloan Financial Services, Inc., and Defendants Wiegel Law Group, APC, aka Wiegel Law Group, PLC, Wiegel & Fried, LLP, Andrew J. Wiegel and Clifford Fried, by and through their respective counsel, hereby stipulate and agree that this action shall be dismissed with prejudice as against Defendants Wiegel Law Group, APC, aka Wiegel Law Group, PLC, Wiegel & Fried, LLP, Andrew J. Wiegel, and Clifford Fried. Each party shall bear its own costs.

8034.stip.dismiss.wiegel.defendants.wpd

| | |
|---|---|
| Dated: January 9, 2014 | MacConaghy & Barnier, PLC |
| | |
| | By John H. MacConaghy |
| | Attorneys for Plaintiff |
| | Janina M. Hoskins, Trustee in Bankruptcy |
| | |
| Dated: January 15, 2014 | Kaufman Dolowich & Voluck LLP |
| | |
| | _____ for Mark Mao |
| | By Hsiao Chun (Mark) Mao |
| | Attorneys for Defendants |
| | Wiegel Law Group, PLC and Andrew J. Wiegel |
| | |
| Dated: January 13, 2014 | Fried & Williams, LLP |
| | |
| | By Clifford Fried |
| | Attorneys for for Defendants |
| | Wiegel & Fried, LLP and Clifford Fried. |
| | |
| Dated: January 13, 2014 | Wiegel Law Group, PLC |
| | |
| | By Andrew J. Wiegel |
| | Attorneys for Defendant Wiegel & Fried, LLP |

The parties having stipulated,

IT IS SO ORDERED

Dated: January 21, 2014

Jon S. Tigar
United States District Judge

8034.stip.dismiss.wiegel.defendants.wpd