UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ARTLOAN FINANCIAL SERVICES, INC.,<br><br>Debtor. | Case Nos.   3:13-cv-4320-JST<br><br>5:13-cr-00636-LHK<br><br>**ORDER REGARDING NOTICE OF RELATED CASES**<br><br>Re: ECF No. 28. |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY BARREIRO, et al.,<br><br>Defendants. | |

Pursuant to Criminal Local Rule 8-1, the undersigned finds the above-captioned cases are not related.

**IT IS SO ORDERED**.

Dated: February 21, 2014

_____
JON S. TIGAR
United States District Judge